JS-6 / Entered

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER LEIGH GERAURD, | ) | NO. CV 13-01119-VBF-RNB |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| PARAMO (WARDEN), | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order issued this same date, final judgment is entered in favor of respondent Paramo and against petitioner Christopher Leigh Geraurd.

DATED: December 30, 2013

*Valerie Baker Fairbank*

———————————————————

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE